UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DARRYL R. STEINMAN,

                              Plaintiff,

-vs-

                                                         **Civil Action No. 08-CV-735**

GC SERVICES LIMITED PARTNERSHIP,

                              Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| DATED: August 24, 2009 | DATED: August 4, 2009 |
| /s/ Seth Andrews | /s/ Glenn M. Fjermedal |
| Seth Andrews, Esq. | Glenn M. Fjermedal, Esq. |
| Law Offices of Kenneth Hiller | Davidson Fink LLP |
| 6000 North Bailey Avenue, Suite 1A | 28 East Main Street, Suite 1700 |
| Amherst, NY 14226 | Rochester, NY 14614 |
| Telephone: (716) 564-3288 | Telephone: (585) 546-6448 |
| Attorney for Plaintiff | Attorney for Defendant |